UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: IRG Technologies §
§ Case No.: 95-34781
§
Debtor(s) §
§
§

FILED
FEB 03 2011

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a X creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | Louis Rener |
| 2. | **Name and Title of Authorizing Officer or Representative** (*If Claimant is an individual, skip to Question No. 3)* | |
| 3. | **Current Mailing Address** | 3709 Hearst Castle Way<br>Plano TX 75025 |
| 4. | **Telephone Number** | 972-523-7037 |
| 5. | **SS#** *(last 4 digits only)* **or EIN #** | [redacted]-[redacted]-0175 |
| 6. | **Amount Being Claimed** | 1494.58 |

I, Louis Rener, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 1-19-2011 [signature]
Claimant Signature

Co-Claimant Signature

Subscribed and Sworn to Before Me this 19 day of January 2011.

SHERYL L HENDERSON
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-17-13

[signature]
Notary Public
In and for the State of TX.

My commission expires 9-17-13

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 1-19-2011

Claimant's Signature


TEXAS
PUBLIC SAFETY
CLASS: C
DL:
DOB: 10-03-63
HT: 5-10
EXPIRES: 10-03-13
REST:A
END:
RENER,LOUIS







**Municipal Center Office**
1520 K Ave Ste 120
PO Box 861990
Plano, TX 75086-1990
972-941-7105
Hours: Monday-Friday 8:00-5:00
Payment Kiosk available
Night depository available

**www.plano.gov**

**Account Name:** LOUIS S/ANNE E RENER
**Account Number:** 81733-44928
**Service Address** 3709 HEARST CASTLE WAY
**Account Type** RESIDENTIAL
**Bill Date** 12/21/2010
**Service Period:** 11/18/2010 to 12/20/2010

Building A
Adjacent to Maribelle Davis Library
7501 N Independence Pkwy
Hours Monday-Friday 8 00-5.00
Drive by payment box available

Pay By Phone. 972-941-5040
Environmental Waste Services
972-769-4150
After hours emergencies:
972-727-1623

| Last Bill | Payments (Credits) | Late Charge | Balance Forward | New Charges | Adjustments | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 87.04 | .00 | .00 | 87.04 | 98.83 | .00 | 185.87 |

METER INFORMATION

| Meter number | Service Type | Current Read | Previous Read | Consumption (gallons) |
|---|---|---|---|---|
| H51938794 | W | 156200 | 147900 | 8300 |

View Graph

ACCOUNT ACTIVITY

| | |
|---|---|
| LAST BILL | 87.04 |
| TOTAL PAID SINCE LAST BILL | .00 |
| ADJUSTMENTS | .00 |
| **BALANCE FORWARD** | **87.04** |
| **NEW CHARGES** | |
| WATER | $25.12 |
| SEWER | $44 53 |
| DRAINAGE | $4 25 |
| REFUSE | $15 10 |
| LATE CHARGE | $8 58 |
| REFUSE SVC SALES TAX | $1 25 |
| **TOTAL NEW CHARGES** | **98.83** |
| **ADJUSTMENTS** | .00 |
| **ACCOUNT BALANCE** | |
| **PAY THIS AMOUNT BY: 1/15/2011** | **185.87** |

IMPORTANT MESSAGE

Please visit our new KIOSK available 24/7 at our 1520 K Avenue location. Payment can be made with cash, check or credit card. Instructions available in English or Spanish.